

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-18-00538-CR

**IN RE** Avery B. **CRAWFORD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On August 2, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 6, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CR10532 & 2017CR10534, styled *The State of Texas v. Avery B. Crawford*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.